UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARELL R. JAMES | CIVIL ACTION NO. 17-0053 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOWES HOME CENTERS, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

**ORDER**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, because he was improperly joined as a defendant in this lawsuit, the claims asserted against Defendant Ernest Malveaux ("Malveaux") are **DISMISSED WITH PREJUDICE**; Plaintiff's Motion to Remand (Record Document 15) is **DENIED**; and Malveaux's Motion to Dismiss (Record Document 10) is **DENIED AS MOOT**, all consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 10th day of April, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE